**In re Darrin BENZER.**

No. 2007–1069.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2007.

Mirut Dalal, McAndrews, Held & Malloy, Ltd., of Chicago, IL, argued for appellant. With him on the brief was Christopher C. Winslade.

Sydney O. Johnson, Jr., Associate Solicitor, Solicitor's Office, United States Patent and Trademark Office, of Arlington, VA, argued for appellee. Of counsel were Stephen Walsh, Acting Solicitor and Thomas W. Krause, Associate Solicitor.

Before NEWMAN, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and RADER, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36.